US MARSHALS SERVICE N/TX
FORT WORTH, TX

2014 SEP -5 PM 3:58

9620501



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-MJ-378 |
| JOSE LUIS CEPEDA-CORTES (02) | |

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2014
CLERK, U.S. DISTRICT COURT
By_____

## WARRANT FOR ARREST

TO:   The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **JOSE LUIS CEPEDA-CORTES**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with Stalking, a violation of 18 U.S.C. § 2261(A).

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this 5th day of September, 2014.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____Edinburg, TX_____.

| DATE RECEIVED: 9/5/14 | NAME AND TITLE OF ARRESTING OFFICER: F/SI De los Santos | SIGNATURE OF ARRESTING OFFICER (by) R. Pena |
|---|---|---|
| DATE OF ARREST: 9/5/14 | | |